July 06, 2012

|Mr. Jeremy C. Martin |Ms. Kimberly Joy Duncan |
|Malouf & Nockels LLP |Dallas County District Attorney's |
|3811 Turtle Creek Blvd., Suite 800 |Office |
|Dallas, TX 75219 |Frank Crowley Courts Bldg. |
| |133 North Industrial Blvd., LB-19 |
| |Dallas, TX 75207-4399 |

RE: Case Number: 11-0282
 Court of Appeals Number: 05-09-01505-CV
 Trial Court Number: 06-1398-W-304

Style: IN THE INTEREST OF E.R., J.B., E.G., AND C.L., CHILDREN

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Lisa Matz |
| |Mr. Gary Fitzsimmons |
| |Mr. Arthur Cleveland |
| |D'Andrea |